# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BRAD MILLIGAN** | § | **Docket No. 3:23-cv-01241** |
| | § | |
| | § | |
| **Versus** | § | **Judge: SHELLY D. DICK** |
| | § | |
| | § | |
| **SOUTHERN VANGUARD** | § | **Magistrate Judge: ERIN WILDER-** |
| | § | **DOOMES** |

_____

## NOTICE TO COURT

    Undersigned counsel respectfully notifies the court that a joint status report could not be submitted due to the lack of the Defendant's appearance in the court.

    Undersigned counsel could not reach Defendant's counsel in order to effectively coordinate a joint status report that may be submitted to the court. Service was requested on September 18th, 2023. As of this date, November 30TH, 2023, Defendant's counsel has not enrolled in the matter.

Respectfully Submitted,

*/s/ Mark Ladd_____*
Mark Ladd
Louisiana Bar Number: 30847
mark@galindolaw.com
Galindo Law Firm
3850 North Causeway Blvd. Ste. 1520
Metairie, Louisiana 70002
Ph. 713-228-3030
Fax 713-228-3003
Email: hurricane@galindolaw.com
**ATTORNEYS FOR PLAINTIFF`**