# LAMD Using ZoomGov as a Participant

On Laptop: Join a meeting (use Chrome or IE)
Navigate to room URL: **https://zoomgov.com/my/ewd20**



OPTION 1: **Join with Computer Audio** (for best audio quality use a headset)
OPTION 2: **Join by Phone Call**

Page **1** of **3**



| Meeting ID | Judge |
| --- | --- |
| **160-0389-3634** | SDD – Chief Judge Shelly D. Dick |
| **160-0389-3692** | BAJ – Judge Brian A. Jackson |
| **160-0389-3568** | JWD – Judge John W. deGravelles |
| **160-0389-3602** | RLB – Magistrate Richard L. Bourgeois |
| **160-0389-3584** | EWD – Magistrate Erin Wilder-Doomes |
| **160-0389-3592** | SDJ – Magistrate Scott D. Johnson |
| **160-0389-3500** | LAMD Court (for testing) |

# Mute your Microphone when not speaking



# Breakout Room
When being invited to a Breakout Room, click the **Join** button on the pop-up.



To return back to the Main Session, click "Leave Breakout Room."



Page **2** of **3**