AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | | |
|---|---|---|
| BRAD MILLIGAN | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 23-4526 L (5) |
| SOUTHERN VANGUARD | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SOUTHERN VANGUARD
Through the Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 7080

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Chinwe Onyenekwu
Galindo Law Firm
3850 North Causeway Blvd, Suite 1520
Metairie, LA 70002

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Carol L. Michel
*Name of clerk of court*

*Deputy clerk's signature*

Date: __Sep 06 2023__

Civil Action No. 2:23-cv-04526-EEF-MBN

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>SOUTHERN VANGUARD</u> was received by me on *(date)* <u>Sep 14, 2023, 8:00 am</u>.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Kara Caldwell, Louisiana Secretary of State Authorized Employee</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>SOUTHERN VANGUARD</u> on *(date)* <u>Thu, Oct 12 2023</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ <u>0</u> for travel and $ <u>110.78</u> for services, for a total of <u>$110.78</u>.

I declare under penalty of perjury that this information is true.

Date: 10/12/2023

*Tom Cassisa* (signature)

*Server's signature*

Tom Cassisa, Process Server

*Printed name and title*

CAPITAL PROCESS SERVICE, LLC…………....………………
5916 South Shore Dr., Baton Rouge, LA 70817-3982 ……………
225-756-2537 • www.BatonRougeProcessServer.com

*Server's address*

Additional information regarding attempted service, etc.:

Successful Service: Oct 12, 2023, 8:04 pm CDT at Louisiana Secretary of State: 8585 Archives Ave, Baton Rouge, LA 70809 received by Kara Caldwell, Louisiana Secretary of State Authorized Employee.

Fees indicated above include a printing charge, along with advancing the $50 Louisiana Secretary of State filing fee.