**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **BRAD MILLIGAN** | § | **Docket No. 3:23-cv-01241** |
| | § | |
| | § | |
| **Versus** | § | **Judge: SHELLY D. DICK** |
| | § | |
| | § | |
| **LIBERTY MUTUAL INSURANCE** | § | **Magistrate Judge: ERIN WILDER-** |
| **COMPANY AND LIBERTY** | § | **DOOMES** |
| **PERSONAL INSURANCE COMPANY** | | |

_____

## MOTION TO STRIKE AN INCORRECTLY FILED DOCUMENT

NOW INTO COURT, comes undersigned counsel, and respectfully request this

Honorable Court to strike an incorrectly filed document, Document no.12, Plaintiff's SUMMONS

Returned Executed.


Respectfully Submitted,

*/s/ Mark Ladd*_____
Mark Ladd
Louisiana Bar Number: 30847
mark@galindolaw.com
Galindo Law Firm
3850 North Causeway Blvd. Ste. 1520
Metairie, Louisiana 70002
Ph. 713-228-3030
Fax 713-228-3003
Email: hurricane@galindolaw.com
**ATTORNEYS FOR PLAINTIFF`**