# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BRAD MILLIGAN** | * | **CIVIL ACTION NO. 3:23-CV-01241** |
| **Plaintiff** | * | |
| **VERSUS** | * | **JUDGE SHELLY D. DICK** |
| | * | |
| **SOUTHERN VANGUARD** | * | **MAGISTRATE JUDGE** |
| | * | **ERIN WILDER-DOOMES** |
| **Defendant** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO SET ASIDE CLERK'S ENTRY OF DEFAULT, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 55(C)

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Southern Vanguard Insurance Company (hereinafter "Southern Vanguard"), who respectfully moves this honorable Court to set aside the Clerk's Entry of Default entered on February 2, 2024, for the reasons set forth below.

1.

On August 29, 2023, Plaintiff, Brad Milligan, filed an action alleging that he sustained Hurricane Ida damage to his property, bearing the address of 4109 Utica Street, Apt 1-6, Metairie, LA 70002.

2.

According to Plaintiff, "Plaintiff contracted with Defendant to insure the property located at 4109 Utica Street, Apt 1-6, Metairie, LA 70002."

3.

Plaintiff subsequently filed a Request for Entry of Default Judgment as to Southern Vanguard on February 1, 2024. (Doc. #17).

4.

On February 2, 2024, the Clerk entered a Default. (Doc. #19).

5.

While the entry of default was Ordered, there has been no Judgment on that Default.

6.

Southern Vanguard moves this Honorable Court for an order to set aside the Clerk's Entry of Default pursuant to Fed. R. Civ. Pro 55(c) on the basis that Southern Vanguard was never served with the Complaint and Southern Vanguard does not write homeowners policies in the State of Louisiana.

7.

Pursuant to Fed. R. Civ. Pro. 55(c), Southern Vanguard submits that good cause exists for the Court to set aside the Default entered against it.

WHEREFORE, Southern Vanguard respectfully requests that this Court enter an order setting aside the Default and award all other and further relief that is equitable and just under the circumstances.

Respectfully submitted,

*/s/Erin W. Berggren*
**MATTHEW D. MONSON (25186)**
**JOHN C. HENRY (18948)**
**PATRICIA C. UPTON (26248)**
**RACHEL L. FLARITY (33131)**
**JOHN D. MINEO, IV (36587)**
**LAUREN A. LAM (37758)**
**ERIN W. BERGGREN (37551)**
**KYLE C. MATTHIAS (38338)**
**ROWAN W. STOEHR (39061)**
**AUSTIN T. WELCH (40100)**
**THE MONSON LAW FIRM, LLC**
Email: *Erin@MonsonFirm.com*
5 Sanctuary Blvd., Suite 101
Mandeville, Louisiana 70471
T: (985) 778-0678   F: (985) 778-0682
***Counsel for Defendant,***
***Southern Vanguard Insurance Company***

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a copy of the above and foregoing has been served upon all counsel of record via electronic mail, by the United States District Court for the Middle District of Louisiana, this 7th day of March 2024.

                                           */s/Erin W. Berggren*